No. 437. COUNTY OF DOUGLAS, IN THE STATE OF NEBRASKA, *v.* GEORGE WARREN SMITH. Error to the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted May 3, 1920. Decided May 17, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) § 128 of the Judicial Code; *Shulthis* v. *McDougal*, 225 U. S. 561, 568; *Hull* v. *Burr*, 234 U. S. 712, 720; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.*, 237 U. S. 300, 302; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis*, 238 U. S. 439, 444. (2) *Brown* v. *Alton Water Co.*, 222 U. S. 325, 332–333; *Alaska Pacific Fisheries* v. *Alaska*, 249 U. S. 53, 61. *Mr. William C. Lambert* for plaintiff in error. *Mr. Francis A. Brogan* and *Mr. A. G. Ellick* for defendant in error.

———

No. 324. ROBERT D. KINNEY *v.* PLYMOUTH ROCK SQUAB COMPANY. Error to the District Court of the United States for the District of Massachusetts. Submitted April 30, 1920. Decided May 17, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218; *Sugarman* v. *United States*, 249 U. S. 182, 184. (2) *Kinney* v. *Plymouth Rock Squab Company*, 236 U. S. 43, 49. *Mr. Robert D. Kinney* pro se. No appearance for defendant in error.